JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MONTOYA RIVERA, individually,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WALMART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No: 2:24-cv-11057-SRM<br>Hon. Serena R. Murillo<br>Courtroom 5D<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Action Filed: November 13, 2024 |

ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION

# ORDER

This matter came before the Court on a Joint Stipulation for Dismissal of the Entire Action with Prejudice [Dkt. No. 25] filed by Plaintiff Maria Montoya Rivera ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant"). The Stipulation is hereby **GRANTED AS REQUESTED**. All of Plaintiff's claims are dismissed with prejudice. Plaintiff and Defendant shall bear their respective attorneys' fees and costs in connection with this Action.

**IT IS SO ORDERED.**

Dated: November 19, 2025

_____
Hon. Serena R. Murillo
United States District Judge